# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                           PLAINTIFF

v.                 CASE NO. 4:97CR00087-01 BSM

RICKY BARBER                                                             DEFENDANT

## ORDER

A hearing on the United States' motion to revoke supervised release [Doc. No. 174] is scheduled Friday, January 10, 2014 at 1:30 p.m.

The motion for a summons to be issued [Doc. No. 174] is granted. The clerk is directed to issue a summons and the United States Marshal is directed to serve the summons and a copy of this order on Ricky Barber to appear **Friday, January 10, 2014 at 1:30 p.m.** at Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Room 2D, Little Rock, Arkansas, for a hearing on the motion to revoke supervised release. The summons should state that defendant is to report to the United States Probation Office thirty (30) minutes before the scheduled hearing. The clerk is further directed to provide a copy of the motion to the United States Marshal and a copy of this order to the United States Probation Office.

Latrece Gray, Assistant Federal Public Defender, is provisionally appointed to represent defendant in the revocation proceedings. The United States Probation Office is directed to obtain a completed financial affidavit from defendant to determine whether he is financially able to employ counsel, and to provide a copy of the affidavit to the court.

IT IS SO ORDERED this 7th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE